UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE: World Trade Center Disaster Site         :
Litigation                                                             :          **CASE MANAGEMENT**
                                                                              :          **ORDER**
                                                                              :
                                                                              :          21 MC 97 (AKH)
                                                                              :
-------------------------------------------------------x
*This Document Relates to*: All Actions         :
                                                                              :
-------------------------------------------------------x
Alvin K. Hellerstein, U.S.D.J.


*Electronic Filing/Attorney Admissions*

1.  All attorneys who have been admitted to this Court, either for all purposes or *pro hac vice* for purposes of this case who are not yet registered to file documents electronically, shall complete and file a CM/ECF attorney registration form by November 1, 2006. Forms can be found on the Court's website at www.nysd.uscourts.gov.

2.  As of October 17, 2006 all documents filed in the Miscellaneous case and the underlying civil cases shall be filed electronically on the Court's ECF system via the Internet at ecf.nysd.uscourts.gov

*Correspondences*

3.  All correspondences are to be submitted in either Word or WordPerfect format to WTC_letters@nysd.uscourts.gov. The subject heading of the email must include the case number of the action or actions that the email pertains to. No correspondences are to be sent to Chambers through regular mail. No correspondences should be in the form of a motion.

*Amended Complaints and Supplemental Pleadings*

4.  Amended complaints and supplemental pleading shall provide a list of the additional parties and indicate the action to which they are being added. Similarly, a filing removing parties shall indicate the parties being removed and the action or actions from which they are being removed. A filing which adds a party that has not been named in any of the consolidated actions shall provide a separate listing of such parties, indicating that they have not yet been named.

*Miscellaneous CM/ECF Docketing*

5.  All documents filed in the Miscellaneous case and the underlying civil cases shall be filed electronically on the Court's ECF system, in the dockets specified below:

    1.  Documents that Refer to Specific Actions
        - Docket in the <u>Master Docket/Miscellaneous Docket</u> **and** the <u>Specific Actions</u>.

    2.  Documents that Refer to One Specific Action
        - Docket in the <u>Master Docket/Miscellaneous Docket</u> **and** the <u>One Specific Action</u>.

    3.  Documents that Refer to the Master Docket/Miscellaneous Docket
        - Docket in the <u>Master Docket/Miscellaneous Docket</u>

    4.  Documents that Refer to All Actions
        - Docket in the <u>Master Docket/Miscellaneous Docket</u> **and** <u>All Actions</u>

    5.  Documents that Refer to the Master Docket/Miscellaneous Docket and All Actions
        - Docket in the <u>Master Docket/Miscellaneous Docket</u> **and** <u>All Actions</u>

    6.  When Documents are Filed by All of the Plaintiffs
        - Select the **ALL PLAINTIFFS** party

Dated: October 17, 2006
New York, New York

SO ORDERED.

*[signature]*
Alvin K. Hellerstein, U.S.D.J.