UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE SEPTEMBER 11 LITIGATION : 21 MC 97 (AKH)

This document relates to:

*Brown v. American Airlines, Inc., et al.*, 02 Civ. 6378 (AKH)

*Cottom v. American Airlines, Inc., et al.*, 02 Civ. 6379 (AKH)

*Flagg v. American Airlines, Inc., et al.*, 03 Civ. 6808 (AKH)

*Flagg v. American Airlines, Inc., et al.*, 03 Civ. 6810 (AKH)

*Gallop v. American Airlines, Inc., et al.*, 03 Civ. 1016 (AKH)

*Hunt v. American Airlines, Inc., et al.*, 03 Civ. 6183 (AKH)

*Teague v. American Airlines, Inc., et al.*, 03 Civ. 6800 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

## ORDER

An agreement of settlement having been reached in each of the above-captioned actions, it is hereby:

ORDERED that the Clerk of the Court shall mark each of the above-captioned actions as settled but maintain open files on each action until such time as the Court enters an Order approving the settlement, entering final judgment pursuant to Fed. R. Civ. P. 54(b), ruling that the liability limitation of Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to the settlement and dismissing the Complaint with prejudice.

1

The Clerk shall file a copy of this Order in each of the above-captioned case files.

SO ORDERED.

Dated: New York, New York
This / day of November, 2007.

ALVIN K. HELLERSTEIN
United States District Judge