UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARCUS FLAGG, et al                               :
                Plaintiffs,                    :        Case No.: 2-03 CV 06810 (AKH)
      v.                                              :
                                                                      **NOTICE OF ADOPTION BY**
AMR CORPORATION, et al.                  :        **DEFENDANT AIRTRAN**
                                                                      **AIRWAYS, INC.**
                Defendants.                   :
------------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT defendant AIRTRAN AIRWAYS, INC. hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.

       WHEREFORE, defendant AIRTRAN AIRWAYS, INC. respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
         November 13, 2007

                                               SATTERLEE STEPHENS BURKE & BURKE LLP

                                               By:  */s/ James F. Rittinger*
                                                    James F. Rittinger (JR-0556)
                                                    Alun W. Griffiths (AG-3516)
                                                    Veronica L. Maginnis (VM-2139)
                                        230 Park Avenue
                                        New York, New York 10169
                                        Tel.: (212) 818-9200
                                        Fax: (212) 818-9606
                                        Attorneys for Defendant
                                        AIRTRAN AIRWAYS, INC.

712787_1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Alun Griffiths, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jackson Heights, New York, and that on the 13th day of November, 2007, deponent served defendant AirTran Airways, Inc.'s (1) Master Answer to Plaintiffs' Third Amended Flight 93 Master Liability Complaint; (2) Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint; and (3) Notices of Adoption on the following:

1. Marc S. Moller - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
2. Robert A. Clifford - Property Damage and Business Loss Plaintiffs' Liaison Counsel;
3. Richard Williamson - Ground Defendants' Liaison Counsel;
4. Beth Jacob - WTC 7 Ground Defendants' Liaison Counsel;
5. Brad Stein - Ground Defendants' Liaison Counsel;
6. Desmond Barry Jr. - Defendants' Liaison Counsel;
7. Jayne Conroy -- Counsel for Plaintiffs in the *Guadagno, O'Hare, Miller, Bertorelli, Vadham, Brown and Flagg* actions;
8. Jonathan Albert Azrael -- Counsel for Plaintiffs in the *Golinski, Shontere, Wilcher and Cordero* actions;
9. Michael Edward Elsner -- Counsel for Plaintiffs in the *Cashman* action;
10. Paul Conroy -- Counsel for Plaintiffs in the *Falkenberg* action;
11. Jodi Westbrook Flowers -- Counsel for Plaintiffs in the *Teague, Ambrose, Cottom, Gallup and Hunt* actions.

by mailing or emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                                       Alun W. Griffiths

Sworn to before me this
13th day of November 2007

_____
Notary Public

PEARL LEUNG
Notary Public, State of New York
No. 01LE504678
Qualified in Kings County
Commission Expires July 17, 20__

712849_1