UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                          :

                          :   21 MC 97 (AKH)

                          :   This Document Relates To:
IN RE SEPTEMBER 11 LITIGATION   :   03-CV-6810 (AKH)

                          :   Plaintiff: Marcus Flagg

                          :

                          :
-------------------------------------------------------------x

## NOTICE ADOPTING MASTER ANSWER OF
## DEFENDANT ARGENBRIGHT SECURITY, INC.

      PLEASE TAKE NOTICE THAT defendant Argenbright Security, Inc. hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Amended Complaint in the above-captioned action.

      WHEREFORE, defendant Argenbright Security, Inc. respectfully requests that the Amended Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated: New York, New York
       November 13, 2006

                        SIMPSON THACHER & BARTLETT LLP

                        By  _____

                              Joseph F. Wayland  (JFW 7549)
                              David J. Woll (DJW 6896)

                              425 Lexington Avenue
                              New York, N.Y. 10017-3954
                              Telephone: (212) 455-2000
                              Facsimile: (212) 455-2502

                              Attorneys for Defendant Argenbright
                                Security, Inc.

TO:

Donald Migliori, Esq.
Michael E. Elsner, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Paul J. Hanly, Jr., Esq.
Jayne Conroy, Esq.
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue
New York, NY 10016
Telephone: (212) 784-6400

Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue, 18th Floor
New York, NY 10017
Telephone: (212) 687-8181
*Wrongful Death and Personal Injury*
*Plaintiffs' Liaison Counsel*

Robert A. Clifford, Esq.
Clifford Law Offices
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
*Property Damage and Business Loss*
*Plaintiffs' Liaison Counsel*

Desmond T. Barry, Jr., Esq.
Condon & Forsyth LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
*Defendants' Liaison Counsel*

Richard A. Williamson, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
Telephone: (212) 412-9500
*Ground Defendants' Liaison Counsel*

Beth D. Jacob, Esq.
Schiff Hardin LLP
623 Fifth Avenue, 28th Floor
New York, NY 10022
Telephone: (212) 753-5000
*WTC 7 Ground Defendants' Liaison Counsel*

Elizabeth Goldman, Esq.
Assistant U.S. Attorney
Southern District of New York
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2732

All Aviation Defense Counsel of Record

## CERTIFICATE OF SERVICE

I, Pia Naib, a paralegal with the firm of Simpson Thacher & Bartlett LLP, attorneys for Petitioners Argenbright Security, Inc., certify:

I am over eighteen (18) years of age. On the 13th day of November, 2007, the foregoing Notice Adopting Master Answer of Defendant Argenbright Security, Inc. to Plaintiffs' Fourth Amended Flight 77 Master Liability was served to the parties on the attached service list by electronic mail.

I certify under the penalty of perjury that the foregoing is true and correct.

_____
Pia Naib

Dated:  November 13, 2007

<u>SERVICE LIST</u>

Adina Halpern - ahalpern@condonlaw.com
Alison Mikkor - amikkor@debevoise.com
Allen W. Burton - aburton@omm.com
Alun Griffiths - agriffiths@ssbb.com
Ann Taylor - ataylor@lordbissell.com
Anoushka Bayley - abayley@quirkbakalor.com
Anthony U. Battista - abattista@condonlaw.com
Anthony Hom - ahom@jhcb.com
Anthony Orlandi - aorlandi@goodwinprocter.com
Antoinette Greenaway Ellison – antoinette.ellison@dpw.com
Benjamin C. Curcio - bcurcio@seidenwayne.com
Beth D. Jacob - bjacob@schiffhardin.com
Brian Alexander – balexander@kreindler.com
Brian Fraser - bfraser@rsko.com
Brian Melton - bmelton@susmangodfrey.com
Brian Otero - botero@hunton.com
Charles E. Koob - ckoob@stblaw.com
Charles Eskridge - ceskridge@susmangodfrey.com
Christopher Christensen - cchristensen@condonlaw.com
Christopher Howe - chowe@campbell-trial-lawyers.com
Christopher Moore - cmoore@goodwinprocter.com
Christopher Parkerson - cparkerson@campbell-trial-lawyers.com
Courtney Anderson - clanderson@mayerbrownrowe.com
David Bloomberg - david.bloomberg@bryancave.com
David Orozco - dorozco@susmangodfrey.com
David Sass - dsass@mclaughlinstern.com
David Woll – dwoll@stblaw.com
Dennis D'Angelo - DDAngelo@goodwinprocter.com
Desmond T. Barry, Jr. - dbarry@condonlaw.com
Diana Gurfel - dgurfel@condonlaw.com
Donald Migliori – dmigliori@motleyrice.com
Douglas Amster - dha@stjohnlaw.com
Douglas Pepe – dpepe@josephnyc.com
Edward McMurrer - Edward.McMurrer@Mendes.com
Elizabeth Goldman - beth.goldman@usdoj.gov
Eric Lent - elent@perkinscoie.com
Eric McNamar - emcnamar@condonlaw.com
Erin Slusser - eslusser@dglitigators.com
Eugene Lee - elee@condonlaw.com
Gary Westerberg - gwesterberg@lordbissell.com
Grace Wen - gwen@rkollp.com
H. Lee Godfrey - lgodfrey@susmangodfrey.com
Hannah M. Pennington - hmpennington@debevoise.com
Inna Reznik - ireznik@cgsh.com

Jaan Kangur – jkangur@fzwz.com
Jackie Wray - jwray@susmangodfrey.com
Jacob W. Stahl - jwstahl@debevoise.com
James Freire - jfreire@jhcb.com
James Gallagher - Jgallagher@ggfc-law.com
James Connors - jconnors@jhcb.com
James Rittinger - jrittinger@ssbb.com
Jayne Conroy – jconroy@hanlyconroy.com
Jean C. Rose - jrose@condonlaw.com
Jeannette Vargas - jeannette.vargas@usdoj.gov
Jeff Ellis - jellis@quirkbakalor.com
Jeff McLaren - jmclaren@susmangodfrey.com
Jeffrey Moryan - Jmoryan@connellfoley.com
Joe Wayland - jwayland@stblaw.com
John Cooney, Jr. - john.cooney@dpw.com
John McHenry - Jmchenry@connellfoley.com
Jonathan A. Azrael – jazrael@agflaw.com
Jonathan Blackman - jblackman@cgsh.com
Jonathon Ross - jross@susmangodfrey.com
Judson H. Lipowitz – jlipowitz@agflaw.com
Jung Lee - jmlee@condonlaw.com
Karen Berberich - Kberberich@dglitigators.com
Karin Bell - kbell@goodwinprocter.com
Karen Artusa - kartusa@quirkbakalor.com
Karyn Yaffee - kyaffee@omm.com
Kate Fitzpatrick - kfitzpatrick@chadbourne.com
Katherine Szijarto - kszijarto@connellfoley.com
Kathleen Gulifoyle - kguilfoyle@campbell-trial-lawyers.com
Kenneth P. Nolan – kpn@ny.speiserkrause.com
Kerry E. Kolodziej - kkolodziej@mayerbrownrowe.com
Lana Milojevic - lmilojevic@rkollp.com
Laura D. Murphy – lmurphy@stblaw.com
Laurie Kachonick - lkachonick@connellfoley.com
Lee Richards - lrichards@rsko.com
Leigh Van Ostrand - lvanostrand@condonlaw.com
Loretta Redmond - lredmond@quirkbakalor.com
Lori Siembieda – lsiembieda@stblaw.com
Mack Shultz - mshultz@perkinscoie.com
Marc S. Moller – mmoller@kreindler.com
Mark Dombroff - Mdombroff@dglitigators.com
Mark Wood - mwood@omm.com
Mary Chang - mmchang@bryancave.com
Mary Gaston - mgaston@perkinscoie.com
Maura Monaghan - mkmonaghan@debevoise.com
M. Bradford Stein – bstein@fzwz.com
Mia DeFranco - mdefranco@goodwinprocter.com

Michael Bojbasa – mbojbasa@ggfc-law.com
Michael Crowley - mcrowley@ggfc-law.com
Michael E. Elsner – melsner@motleyrice.com
Michael Feagley - mfeagley@mayerbrownrowe.com
Michael Kerns - mkerns@dglitigators.com
Michael Koueiter - mkoueiter@condonlaw.com
Michael Peterson - mpeterson@condonlaw.com
Neal Manne - nmanne@susmangodfrey.com
Neal Potischman - potisch@dpw.com
Neil Binder - nbinder@rsko.com
Nick Daum - ndaum@susmangodfrey.com
Paul Kelly - pkelly@klhboston.com
Paul Koepff - pkoepff@omm.com
Paul J. Hanly, Jr. – phanly@hanlyconroy.com
Paul Robbins - probbins@mclaughlinstern.com
Paul Ware, Jr. - pware@goodwinprocter.com
Peter Skoufalos - pskoufalos@browngavalas.com
Peter Van Deventer, Jr. - pbv@stjohnlaw.com
Peter Vetro – pvetro@ggfc-law.com
Ralph Pagano - Ralph.Pagano@mendes.com
Richard Campbell - rpcambell@campbell-trial-lawyers.com
Richard A. Williamson - rwilliamson@fzwz.com
Robert Brown - rjb@browngavalas.com
Robert Clifford – rac@cliffordlaw.com
Robert Goodman – rdgoodman@debevoise.com
Roger Podesta - repodesta@debevoise.com
Sarah Connelly - sconnelly@condonlaw.com
Sarah Haan - shaan@rsko.com
Sarah Normand – Sarah.Normand@usdoj.gov
Tara McCabe - Tara.McCabe@mendes.com
Terrianne Muenzen - tmuenzen@debevoise.com
Thomas J. McCormack - tmccormack@chadbourne.com
Thomas McLaughlin - tmclaughlin@perkinscoie.com
Timothy Keane - tkeane@quirkbakalor.com
Timothy Tomasik – tst@cliffordlaw.com
Todd Rosencrans - trosencrans@perkinscoie.com
Veronica Maginnis - vmaginnis@ssbb.com
Victoria A. Turchetti - vturchetti@condonlaw.com