UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE SEPTEMBER 11, 2001 LITIGATION

: Civil Action No.:
: 21 MC 97 (AKH)
:
: This Document Relates to:
: 03 CV 6810
:
: <u>Flagg v. American Airlines, Inc., et. al.</u>
:
:
------------------------------------------------------------------x

## NOTICE OF ADOPTION

**PLEASE TAKE NOTICE THAT,** defendant Delta Air Lines, Inc. incorrectly s/h/a Delta Airlines, Inc., hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer in the above-captioned action.

Dated: Garden City, New York
       November 13, 2007

                                               GALLAGHER GOSSEEN
                                               FALLER & CROWLEY

                                               By: _____
                                               MICHAEL J. CROWLEY
                                               JAMES A. GALLAGHER, JR.
                                               JAMES F. GALLAGHER
                                               A Member of the Firm
                                               *Attorneys for Defendant*
                                               **DELTA AIR LINES, INC. incorrectly**
                                               **s/h/a DELTA AIRLINES, INC.**
                                               1010 Franklin Avenue, Suite 400
                                               Garden City, NY 11530-2927
                                               (516) 742-2500
                                               **Atty. I.D. # MC/2821**
                                               **Atty. I.D. # JG/7597**
                                               **Atty. I.D. # JG 3256**

TO:    SEE ATTACHED SERVICE LIST
          (Via Electronic Mail Only)

SERVICE LIST

TO:    Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*Counsel for Plaintiff Re: Doc. No. 03 CV 6810*
*and PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: dmigliori@motleyrice.com
*Via E-Mail*: melsner@motleyrice.com

Paul J. Hanly, Jr., Esq.
Jayne Conroy, Esq.
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP.**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
*Via E-Mail*: jconroy@hanlyconroy.com
*Via E-Mail*: phanly@hanlyconroy.com
*Counsel for Plaintiff Re: Doc. No. 03 CV 6810*

Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: mmoller@kreindler.com
*Via E-Mail*: balexander@kreindler.com

Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
*Via E-Mail*: dbarry@condonlaw.com
*Via E-Mail*: vturchetti@condonlaw.com

*** SERVICE RIDER (CONT'D) ***

TO:  Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
<u>*Via E-Mail*</u>: rac@cliffordlaw.com
<u>*Via E-Mail*</u>: tst@cliffordlaw.com

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK
WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>: rwilliamson@fzwz.com
<u>*Via E-Mail*</u>: bstein@fzwz.com

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>: bjacob@schiffhardin.com

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
<u>*Via E-Mail*</u>: sarah.normand@usdoj.gov
<u>*Via E-Mail*</u>: beth.goldman@usdoj.gov
<u>*Via E-Mail*</u>: jeannette.vargas@usdoj.gov

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NASSAU  )

Cathy Siliato, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

On November 13, 2007 deponent served the within **NOTICE OF ADOPTION** upon:

**SEE ATTACHED SERVICE LIST
Via Electronic Mail Only**

being the E-Mail addresses designated by said attorneys/parties for that purpose by transmitting a true copy of same by use of the World Wide Web through a designated Internet Provider Service.

_____
CATHY SILIATO

Sworn to before me this
13th day of November, 2007

_____
Notary Public

CATHLEEN M. HOHIL
Notary Public, State Of New York
No. 01HO4756624
Qualified In Nassau County
Commission Expires 5/3/2010

## SERVICE LIST

TO:   Donald A. Migliori, Esq.
      Michael E. Elsner, Esq.
      **MOTLEY RICE**
      P.O. Box 1792
      Mount Pleasant, South Carolina 29465
      (843) 216-9000
      *Counsel for Plaintiff Re: Doc. No. 03 CV 6810
      and PI/WD Plaintiffs' Liaison Counsel*
      *Via E-Mail*: **dmigliori@motleyrice.com**
      *Via E-Mail*: **melsner@motleyrice.com**

      Paul J. Hanly, Jr., Esq.
      Jayne Conroy, Esq.
      **HANLY CONROY BIERSTEIN
      SHERIDAN FISHER & HAYES LLP.**
      112 Madison Avenue
      New York, New York 10016-7416
      (212) 784-6400
      *Via E-Mail*: **jconroy@hanlyconroy.com**
      *Via E-Mail*: **phanly@hanlyconroy.com**
      *Counsel for Plaintiff Re: Doc. No. 03 CV 6810*

      Marc S. Moller, Esq.
      Brian Alexander, Esq.
      **KREINDLER & KREINDLER, LLP**
      100 Park Avenue, 18th Floor
      New York, New York 10017
      (212) 687-8181
      *PI/WD Plaintiffs' Liaison Counsel*
      *Via E-Mail*:  **mmoller@kreindler.com**
      *Via E-Mail*:  **balexander@kreindler.com**

      Desmond T. Barry, Jr., Esq.
      **CONDON & FORSYTH LLP**
      Times Square Tower
      7 Times Square, 18th Floor
      New York, New York 10036
      (212) 894-6770
      *Aviation Defendants' Liaison Counsel*
      *Via E-Mail*: **dbarry@condonlaw.com**
      *Via E-Mail*: **vturchetti@condonlaw.com**

*** SERVICE RIDER (CONT'D) ***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
<u>*Via E-Mail*</u>:  rac@cliffordlaw.com
<u>*Via E-Mail*</u>:  tst@cliffordlaw.com

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK**
**WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  rwilliamson@fzwz.com
<u>*Via E-Mail*</u>:  bstein@fzwz.com

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>:  bjacob@schiffhardin.com

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
<u>*Via E-Mail*</u>:  sarah.normand@usdoj.gov
<u>*Via E-Mail*</u>:  beth.goldman@usdoj.gov
<u>*Via E-Mail*</u>:  jeannette.vargas@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11, 2001 LITIGATION

NOTICE OF ADOPTION

GALLAGHER GOSSEEN FALLER & CROWLEY
Attorneys at Law

Attorneys for Defendant

DELTA AIR LINES, INC. - FLIGHT 77

Office and Post Office Address, Telephone
1010 Franklin Avenue
Suite 400
Garden City, New York 11530
(516) 742-2500
Fax: (516) 742-2516