UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: Civil No.
: 21 MC 97 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION      : **NOTICE OF MOTION**
: This Motion relates to:
: 03 CV 6810 (AKH)
: MARCUS FLAGG v.
: AMERICAN AIRLINES, INC., et al.
------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants American Airlines, Inc., AMR Corporation and Argenbright Security, Inc. will move this Court upon the accompanying declaration and memorandum of law, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order: (1) approving the agreement entered into by plaintiff Marcus Flagg and certain defendants, dated November 16, 2007, settling the claims asserted in *Flagg v. American Airlines, Inc., et al.*, 03 Civ. 6810 (AKH); (2) entering final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; (3) ruling that the liability limitation contained in section 408(a)(1) of the Air Transportation Safety and System Stabilization act applies to the settlement amount; and (4) dismissing the Complaint in *Flagg v. American Airlines, Inc., et al.*, 03 Civ. 6810 (AKH), with prejudice to all defendants.

Dated: New York, New York
       November 26, 2007

1

Respectfully submitted,

CONDON & FORSYTH LLP

By: _____
    Desmond T. Barry, Jr., Esq. (DB 8066)
7 Times Square
New York, New York 10036
(212) 894-6770

-and-

DEBEVOISE & PLIMPTON LLP
Roger E. Podesta, Esq. (RP 1749)
Maura K. Monaghan, Esq. (MM 7682)
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendants
AMERICAN AIRLINES, INC. and
AMR CORPORATION



SIMPSON THACHER & BARTLETT LLP

By: _____
    Charles E. Koob, Esq.   (CK 1601)
    Joseph F. Wayland, Esq. (JW 7549)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Defendant
ARGENBRIGHT SECURITY, INC.

2