USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE SEPTEMBER 11 LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  Civil No.
:  21 MC 97 (AKH)
:
:  This Order relates to:
:  03 CV 6810 (AKH)
:  MARCUS FLAGG v.
:  AMERICAN AIRLINES, INC., et al.
:
:

## <u>ORDER OF FINAL JUDGMENT</u>

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS, plaintiff MARCUS FLAGG, and the defendants AMERICAN AIRLINES,

INC., AMR CORPORATION and ARGENBRIGHT SECURITY, INC., the parties to an action

captioned *Flagg v. American Airlines, Inc., et al.*, 03 Civ. 6810 (AKH), entered into a settlement

agreement dated November 16, 2007, and defendants have brought a Motion for an Order: (1)

approving the settlement; (2) entering final judgment pursuant to Rule 54(b) of the Federal Rules

of Civil Procedure; (3) ruling that the liability limitation contained in Section 408(a)(1) of the

Air Transportation Safety and System Stabilization Act applies to the settlement amount; and (4)

dismissing the Complaint with prejudice as to all defendants;

WHEREAS, the Court has reviewed the settlement and finds that it is fair and reasonable

and has been reached in good faith;

WHEREAS, the settlement agreement provides that defendants will have no obligations

thereunder, and no payment will be made to the plaintiff, unless and until a final judgment is

entered in accordance with its terms and the time for appeals has been exhausted and a final

ruling has issued that the full amount paid under the settlement counts against the limits on

liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act ("ATSSSA");

WHEREAS, amounts to be paid under the settlement agreement constitute liability on a claim arising from the terrorist related aircraft crashes of September 11, 2001 within the meaning of Section 408(a)(1);

WHEREAS, there is no just reason to delay the entry of final judgment in accordance with the terms of the settlement agreement; and

WHEREAS, any delay in the entry of judgment would deny the family of a victim of the September 11 terrorist attacks a chance to achieve closure, prolong litigation when a negotiated resolution is at hand and create uncertainty and confusion;

NOW, THEREFORE IT IS ORDERED THAT:

1. The settlement agreement is hereby approved and the parties are directed to effectuate the settlement in accordance with its terms.

2. The full amount of all payments under the settlement agreement shall count against the limits on liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act.

3. This case is severed from all other cases consolidated in 21 MC 97.

4. Final judgment in accordance with the terms of the settlement agreement shall be entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

5. The Complaint in *Flagg v. American Airlines, Inc., et al.*, 03 Civ. 6810 (AKH), is hereby dismissed with prejudice as to all defendants.

This constitutes the final judgment of the Court, there being no just reason for delay. Fed. R.

2

Civ. P. 54(b).  The Clerk is instructed to close the file of this severed case.

Dated: New York, New York
     This ___ day of ___ , 2007.

                    ALVIN K. HELLERSTEIN
                    United States District Judge

3

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:                    (        )

Dear Litigant,

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

$450.00

The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $250.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

J. Michael McMahon, Clerk of Court

by: _____

, Deputy Clerk

APPEAL FORMS
Docket Support Unit

Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

--------------------------------------------------X
                |
                |           **NOTICE OF APPEAL**
      -V-          |
                |
                |       civ.         (  )
                |
--------------------------------------------------X

Notice is hereby given that _____
                                              (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                             (day)            (month)        (year)

                                    _____
                                           (Signature)

                                    _____
                                           (Address)

                                    _____
                                (City, State and Zip Code)

Date: _____      (   ) _____-_____
                                             (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

<u>FORM 1</u>

<u>APPEAL FORMS</u>
Docket Support Unit                                            Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-----------------------------------------------X
                                    |
                                    |
                                    |              MOTION FOR EXTENSION OF TIME
                                    |              TO FILE A NOTICE OF APPEAL
                                    |
            -V-                     |
                                    |              civ.        (   )
                                    |
                                    |
-----------------------------------------------X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully

                                                   (party)

requests leave to file the within notice of appeal out of time. _____

                                                                  (party)

desires to appeal the judgment in this action entered on _____ but failed to file a

                                                             (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

 

 

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____    (    ) _____-_____
                                                                   (Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

<u>FORM 2</u>

<u>APPEAL FORMS</u>

Docket Support Unit                                                             Revised: March 4, 2003

### United States District Court
### Southern District of New York
#### Office of the Clerk
#### U.S. Courthouse
#### 500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------X
                                          |
                                          |          NOTICE OF APPEAL
                                          |               AND
        -V-                               |     MOTION FOR EXTENSION OF TIME
                                          |
                                          |          civ.         (   )
                                          |
------------------------------------------X
```

1.    Notice is hereby given that _____ hereby appeals to
                                                    (party)
the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
                              [Give a description of the judgment]

2.    In the event that this form was not received in the Clerk's office within the required time

_____ respectfully requests the court to grant an extension of time in
              (party)
accordance with Fed. R. App. P. 4(a)(5).

        a.    In support of this request, _____ states that
                                                          (party)
this Court's judgment was received on _____ and that this form was mailed to the
                                                  (date)
court on _____ .
                  (date)

                                          _____
                                                      (Signature)

                                          _____
                                                       (Address)

                                          _____
                                               (City, State and Zip Code)

Date: _____              (     ) _____-_____
                                                      (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the
District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if
the United States or an officer or agency of the United States is a party).

FORM 3

APPEAL FORMS

Docket Support Unit                                      Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------X
                                           |
                                           |          AFFIRMATION OF SERVICE
                                           |
            -V-                            |
                                           |
                                           |          civ.          (    )
                                           |
-------------------------------------------X
```

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____ —

_____

upon _____

_____

whose address is: _____

_____

Date: _____
        New York, New York

                                        _____
                                                  (Signature)

                                        _____
                                                  (Address)

                                        _____
                                            (City, State and Zip Code)

FORM 4

**APPEAL FORMS**
Docket Support Unit                                    Revised:  March 4, 2003